FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ANGELA MADRIGAL CHAVEZ,<br><br>                Defendant. | No. 4:23-cr-06012-MKD<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT<br><br>**ECF No. 36** |

Before the Court is the United States' Motion for Order of Dismissal with Prejudice. ECF No. 36. The United States moves to dismiss the Indictment, ECF No. 1, pursuant to a plea agreement in a related matter, Case No. 22-cr-06041-MKD. Fed. R. Crim P. 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." The Court has reviewed the record and the motion and finds good cause grant leave to dismiss the Indictment.

ORDER – 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion for Order of Dismissal with Prejudice. **ECF No. 36**, is **GRANTED.**

2. The Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**.

3. All pending deadlines and hearings, if any, are **STRICKEN**, and all pending motions, if any, are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel, the United States Probation Office, the United States Marshals Service and **CLOSE** the file.

**DATED** February 23, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 2